1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT

8          CENTRAL DISTRICT OF CALIFORNIA

9               WESTERN DIVISION

10

11  MIGUEL MARIO LAM,                  )  No. CV 08-05327-CBM (VBK)
                                       )
12              Petitioner,            )  ORDER (1) ACCEPTING AND ADOPTING
                                       )  THE AMENDED REPORT AND
13      v.                             )  RECOMMENDATION OF THE UNITED
                                       )  STATES MAGISTRATE JUDGE, AND (2)
14  J. HARTLEY,                        )  DISMISSING THE PETITION FOR WRIT
                                       )  OF HABEAS CORPUS
15              Respondent.            )
                                       )
16

17      Pursuant to 28 U.S.C. §636, the Court has made a de novo review

18  of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's

19  Answer, Petitioner's Reply, all of the records herein and the Amended

20  Report  and  Recommendation  of  the  United  States  Magistrate  Judge

21  ("Amended Report").

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1  **IT IS ORDERED** that: (1) the Court accepts and adopts the Amended

2  Report and Recommendation, (2) the Court declines to issue a

3  Certificate of Appealability ("COA");[1] and (3) Judgment be entered

4  denying and dismissing the Petition with prejudice.

5

6

7

8  DATED: 9/22/20 _____        _____

9                                          CONSUELO B. MARSHALL
                                           SENIOR UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20  _____

21     [1] Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the applicant has made a substantial showing of the denial of a

22  constitutional right." The Supreme Court has held that, to obtain a Certificate of Appealability under §2253(c), a habeas petitioner must

23  show that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a

24  different manner or that the issues presented were 'adequate to deserve encouragement to proceed further'." Slack v. McDaniel, 529

25  U.S. 473, 483-84, 120 S.Ct. 1595 (2000)(internal quotation marks omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct.

26  1029 (2003). After review of Petitioner's contentions herein, this Court concludes that Petitioner has not made a substantial showing of

27  the denial of a constitutional right, as is required to support the

28  issuance of a COA.