JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MIGUEL MARIO LAM, | ) | No. CV 08-05327-CBM (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| J. HARTLEY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Amended Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED:  9/22/10

CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE